IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MICHAEL ANTHONY GOODLOE, JR., )
)
Plaintiff, )
)
v. )
)
DALLAS COUNTY COURTS, )
)
Defendants. ) Civil Action No. 3:22-CV-2068-C-BK

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this civil action should be dismissed with prejudice as frivolous. Plaintiff has failed to file objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that this civil action be **DISMISSED** with prejudice.

Furthermore, Plaintiff is **BARRED** from filing future actions *in forma pauperis* in this or any other federal court, without first obtaining leave of court to do so, and any case filed, removed, or transferred without the applicable filing fee, in which he is a plaintiff, should not be reviewed by the Court.

SO ORDERED this 11 day of October, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE